**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1804**

———————

MARY TUCKER,

Plaintiff - Appellant,

versus

AMERICAN TELEPHONE & TELEGRAPH COMPANY,
INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-95-426-3-MU)

———————

Submitted: October 20, 1997          Decided: November 17, 1997

———————

Before MURNAGHAN, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mary Tucker, Appellant Pro Se. Charles Evans Johnson, Brian Christian Lambert, KILPATRICK STOCKTON, L.L.P., Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellee's motion for summary judgment and dismissing Appellant's civil suit arising under § 301(a) of the Labor-Management Relations Act, 29 U.S.C. § 185(a) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tucker v. American Telephone & Telegraph, Co.</u>, No. CA-95-426-3-MU (W.D.N.C. May 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2